May 01, 2009

Mr. William W. Krueger III
Martin, Disiere, Jefferson & Wisdom, L.L.P.
900 Jackson Street, Suite 710
Dallas, TX 75202
Mr. James L. Mitchell
Payne Mitchell Law Group
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219

RE: Case Number: 08-0016
 Court of Appeals Number: 02-07-00066-CV
 Trial Court Number: 2005-30367-211

Style: DENTON COUNTY, TEXAS
 v.
 DIANNE BEYNON AND ROGER BEYNON, INDIVIDUALLY, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Ms. Sherri |
| |Adelstein |